AO 240A (1/94)

# United States District Court

DISTRICT OF MINNESOTA

William McDermott

Plaintiff(s),

vs.

Internal Revenue Service, et al.

Defendant(s).

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 00-378 (MJD/RLE)

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

[x] GRANTED.

[ ] The clerk is directed to file the complaint.

[x] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

________________________________________

________________________________________

ENTER this 8th day of May, ~~19xx~~ 2000.

Raymond L. Erickson

Signature of Judicial Officer

Raymond L. Erickson
United States Magistrate Judge

Name and Title of Judicial Officer

FILED MAY 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______