UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

McDermott,

Plaintiff,

v. Civil Case No. 00-378 (MJD/RLE)

Internal Revenue Service, et. al.,

Defendants..

---

ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B),

IT IS HEREBY ORDERED that Plaintiff's Motion for Reopening and Rescission is referred to the Honorable Raymond L. Erickson, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion.

Date: August 29th, 2000

Michael J. Davis, Judge
United States District Court

AUG 29 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK