UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

William McDermott,

Plaintiff,

vs. ORDER

Internal Revenue Service, Kansas City, MO; Mr. Ladd Ellis, or current director, Internal Revenue Service, Kansas City, MO; the United States; Minnesota Department of Revenue; State of Minnesota; County of Beltrami, MN; Social Security Administration, Office of Central Operations, Baltimore, MD,

Defendants. Civ. No. 00-378 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 17th day of January, 2001.

* * *

On January 25, 2001, at 10:00 a.m., in Courtroom No. 3 of the United States Courthouse, in Duluth, Minnesota, this Court will hear the State Defendants' Motion for Summary Judgment. In conjunction with that Hearing, the Court will also hear the Plaintiff's Motion for Court Order [Docket No. 35], which would require the Minnesota Department of Revenue to remove an "illegal" lien from the Plaintiff's property, and that the Department cease and desist from any further collection activity against the Plaintiff,

JAN 17 2001

since the issues attendant to the Plaintiff's Motion for equitable relief appear to intertwine with a ruling on the State Defendants' Motion for Summary Judgment.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE